ROY CUTTER, APPELLANT, v. INTERNATIONAL MOTOR COMPANY, RESPONDENT.

Submitted October 30, 1931—Decided May 16, 1932.

For the appellant, *Edmund H. Hayes.*

For the respondent, *Joseph C. Paul.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   11.

*For reversal*—None.